## Reba L. Goodman, now known as Reba L. Dubelman, Appellant, v. Ephraim F. Goodman, Appellee.

### Gen. No. 43,758.

opinion filed October 14, 1946; rehearing denied October 28, 1946; released for publication October 28, 1946. Irving Eisenman, for appellant; Lipman & Lochtan, for appellee; Harry G. Fins, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.**